UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

DOMINIC RAMON ARCHULETA,

    Plaintiff,

vs.                                                                                  1:20-cv-00934-JCH-LF

ANDREW SAUL, Commissioner of
The Social Security Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on United States Magistrate Judge Laura Fashing's Proposed Findings and Recommended Disposition filed on May 27, 2021. Doc. 21. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. To date, the parties have not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD") (ECF No. 21) is ADOPTED;

2. Defendant's Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (ECF No. 15) is GRANTED as explained in the PFRD;

3. The Clerk of Court is directed to mail Mr. Archuleta a "Complaint for Review of a Social Security Disability or Supplemental Security Income Decision," and to document that mailing on the docket.

4. Mr. Archuleta will have 30 days from the date this order is entered to file an amended complaint. If no amended complaint is filed, Mr. Archuleta's original complaint (ECF No. 1) will be stricken and this case will be dismissed without prejudice.

                _____
                SENIOR UNITED STATES DISTRICT JUDGE